■ ABRAHAM NAYOWITZ et al., Appellants, v LOUIS E. MARTINAITIS et al., Respondents. LOUIS E. MARTINAITIS et al., Petitioners, v ABRAHAM NAYOWITZ et al., Respondents. — Order, Supreme Court, New York County (Myriam Altman, J.), entered on December 21, 1982, and resettled order and judgment (one paper) of said court, entered on March 2, 1983, unanimously affirmed. Defendants-respondents shall recover of appellants one bill of $75 costs and disbursements of these appeals. No opinion. Concur — Sandler, J. P., Silverman, Bloom, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL LIGON, Appellant. — Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on December 15, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Silverman, Bloom, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS MALDONADO, Appellant. — Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on March 10, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Carro, Asch and Alexander, JJ.

■ In the Matter of the Arbitration between DANIEL R. PINELLO, Appellant, and HERBERT GALLIN, Respondent. — Judgment, Supreme Court, New York County (Andrew Tyler, J.), entered on October 20, 1982, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on March 21, 1983 is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Bloom, Fein, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SCHOON, Appellant. — Judgment, Supreme Court, Bronx County (Louis Cioffi, J.), rendered on January 29, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Bloom, Fein, Milonas and Kassal, JJ.

■ In the Matter of JOSEPHUS ETHERIDGE v JOHN P. COLLINS et al. — Motion, insofar as it seeks reargument denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and this court certifies that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sandler, J. P., Carro, Asch and Bloom, JJ.

Silverman, J., dissents in part and would deny leave to appeal to the Court of Appeals.